# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 708
:
DESIGNATION OF CHAIR AND VICE- : CIVIL PROCEDURAL RULES DOCKET
CHAIR OF THE DOMESTIC RELATIONS :
PROCEDURAL RULES COMMITTEE :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2020, the Honorable Daniel J. Clifford, III, is hereby designated as Chair, and Jennifer P. Bierly, Esquire, is designated as Vice-Chair, of the Domestic Relations Procedural Rules Committee, commencing September 1, 2020.